**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                                  Date: March 1, 2011
Court Reporter:         Paul Zuckerman

Civil Action No. 10-cv-02904-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MARY JULIA HOOK, | Jeffrey Brinen |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Joan Steele |
| | Richard Schwartz (by telephone) |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Motions (Doc. #1, #17)

**9:12 a.m.**   **Court in session.**

The Court addresses the Motion to Withdraw Reference (**Doc. #1**) and Motion to Stay (**Doc. #17**).

Argument by counsel Brinen and Schwartz.

Oral findings are made of record and incorporated herein.

**ORDER:**   Motion to Withdraw Reference (**Doc. #1**) and Motion to Stay (**Doc. #17**) are **DENIED.** This matter will be closed.

**9:16 a.m.**   **Court in recess.**

**Total Time:   4 minutes.
Hearing concluded.**